**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Alberto TEJADA, Defendant–**
**Appellant.**

**No. 05–40032.**

United States Court of Appeals,
Fifth Circuit.

June 3, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

---

PER CURIAM: *

IT IS ORDERED that appellant's unopposed motion to remand case to the United States District Court for re-sentencing in light of *USA v. Booker* is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed alternative motion to extend time to file appellant's brief until 10 days from the denial of the motion to remand is MOOT.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

